TELEPHONIC WARRANT - JUDGE CONNELLY - 0150 WJ

15-PG-6192



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**TOXICOLOGY LABORATORY**

## Agency Evidence Submission Form - DUI

### AGENCY USE ONLY

**OFFICER INFORMATION**

- Arresting Officer: MANNING
- Agency: USPP
- Case # / CCN# 15-083306
- Badge #: 420
- Telephone #: 301-344-9250

**SUBJECT'S INFORMATION**

- Name: ANTHONY, SAMUEL J (Last, First, MI)
- SEX: MALE
- Date of Birth: 07/20/1972
- Incident Date: 04/11/2015
- Incident Time: 0030
- Specimen Collection Date / Time / Location / Collector's name: 4/11/15 / 0230 / PG Hospital / RN Munroe

Please attach investigation report or any other pertinent information to this form.

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

JUL 0 - 2015
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### Toxicology Use Only

| Specimen Received | Condition | Item # | Volume (mL) |
|---|---|---|---|
| Blood | | | |
| Urine | | | |
| Serum | | | |
| Other | | | |

Affix Toxicology Label Here

All Specimens were received Sealed and Labeled: YES / NO
COMMENTS:

### Chain of Custody

| Specimen(s) Sealed / Released by: Arresting / Collection Officer Signature: Name / Signature | Date: | Purpose | Specimens Received By: Name / Signature | Date: |
|---|---|---|---|---|
| [signature] | 4/11/15 | | | |
| Name / Signature | | | Name / Signature | |
| Name / Signature | | | Name / Signature | |
| Name / Signature | | | Name / Signature | |
| Name / Signature | | | Name / Signature | |
| Name / Signature | | | Name / Signature | |
| Name / Signature | | | Name / Signature | |

| FOR DISPOSAL ONLY | Date: | Purpose | Name / Signature | Items Retained: |
|---|---|---|---|---|
| Secured Storage | | DISPOSAL | | |

**Toxicology Reviewer Use Only**

Initial Folder Review: Initials: ___ Date: ___ Case Complete: Initials: ___ Date: ___ Admin Review: Initials: ___ Date: ___

AO 93A (Rev. 12/09) Search and Seizure Warrant on Oral Testimony (Page 2)

## Return

| Case No.: 15-033306 | Date and time warrant executed: 04/11/2015 2:30 am | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
ANTHONY, Samuel J

Inventory of the property taken and name of person(s) seized:

Two vials of blood taken from Samuel J Anthony.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/11/2015

_____
Executing officer's signature

Ofc M J Manning, #420
*Printed name and title*