**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA   )
                             )
    v.                      ) **Case No.: 15-PO-06192**
                             ) **Initial Appearance: 7/17/15 @10:00 a.m.**
                             )
SAMUEL ANTHONY,          )
                             )
    Defendant            )

### LINE ENTERING COUNSEL'S APPEARANE
### AND WAIVER AT INITIAL APPEARANCE

Kindly enter the appearance of THOMAS C. MOONEY, Esquire, as counsel for the

Defendant in the above-entitled matter.

Counsel further waives his appearance at the Initial Appearance scheduled for

July 17, 2015 at 10:00 a.m., and respectfully requests this matter be set in for trial.

Respectfully submitted,

Thomas C. Mooney, Esq


_____
Thomas C. Mooney, Esquire
14750 Main Street
Upper Marlboro, MD 2074
(301) 574-0800
Counsel for the Defendant


### CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I mailed, postage prepaid, a copy of the foregoing
Line Entering Appearance, to the Office of the Assistant United States Attorney, 6500
Cherrywood Lane, Greenbelt, MD 20770.


_____
Thomas C. Mooney, Esquire