# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL ANTHONY | Case No. 15-PO-06192<br><br>Trial Date: September 14, 2015<br>Trial Location: Greenbelt |

## DEFENDANT'S MOTION FOR POSTPONEMENT

**SAMUEL ANTHONY**, Defendant, by Thomas C. Mooney, his attorney, moves that the Court grant a change of the trial date in this case for the following reasons:

1. Defendant's trial for Driving Under the Influence, and other related offenses is scheduled for **Monday, September 14, 2015 at 8:30 AM in Greenbelt**.

2. Defense Counsel has prescheduled conflicting One Week Trial that starts on **Monday, September 14, 2015 in Prince George's County Circuit Court** in the matter of *the State of Maryland vs. Antwan James* [case #: CT130801X].

3. Defense Counsel **obtained the consent** of **Assistant State's Attorney Hollis Weisman** in this matter.

4. This is the **first time** that this matter has been before the court.

5. That this continuance is prayed in good faith and not for purposes of delay.

6. Defendant respectfully requests that the matter be reset for trial.

WHEREFORE, the Defendant moves for a postponement of the trial date in the above-captioned case.

_____
Thomas C. Mooney, Esq.
14750 Main Street
Upper Marlboro, Maryland 20772
(301)-574-0800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this <u>15th day of September, 2015,</u> that a copy of the foregoing Line was mailed to:

Assistant U.S Attorney's Office
6500 Cherrywood Lane, Suite 24
Greenbelt, MD 20770


_____
Thomas C. Mooney, Esq.

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

SAMUEL ANTHONY

Case No. 15-PO-06912
Trial Date: September 14, 2015
Trial Location: Greenbelt

**ORDER**

Upon consideration of the Defendant's Motion for Postponement, and the answer of the State, if any, it is hereby:

ORDERED, this _____ day of _____, 2015, that the currently scheduled trial date of September 14, 2015, is hereby postponed, and the trial date is hereby re-scheduled for _____.


_____
Honorable Judge
United States District Court
For the District of Maryland