UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
UNITED STATES MAGISTRATE JUDGE - GREENBELT, MARYLAND

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | | |
| | * | | |
| v. | * | Case No. | 8:15-po-6192 |
| | * | | |
| SAMUEL J. ANTHONY, | * | | |
| | * | | |
| Defendant | * | | |

\* \* \*

ORDER OF COURT

TAKE NOTICE that the above entitled case has been rescheduled from September 14, 2015, to **November 9, 2015, at 8:30 am.** The proceeding will take place at U.S. District Court, 6500 Cherrywood Lane, Courtroom to be announced, Greenbelt, Maryland 20770.

Date: September 11, 2015            /s/
                                    THOMAS M. DIGIROLAMO
                                    United States Magistrate Judge